**LAW OFFICE OF MAI SHAWWA**
Mai Shawwa, SBN236683
1226 L. Street
Bakersfield, CA 93301
Tel: (661)432-7577
Fax: (661)742-1898
Email: mai@shawwalaw.com

Attorney for:
Victor Hernandez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Victor Hernandez,<br><br>Defendant | Case No.: 1:21-CR-260 ADA<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN AND BRITTANY GUNTER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, VICTOR HERNANDEZ, by and through his attorney of record, Mai Shawwa hereby requesting that the Preliminary Hearing currently set for Thursday, July 13, 2023 be continued for status to Wednesday, August 16, 2023.

Mr. Hernandez will be waiving the preliminary hearing and will enter an admission to Counts 1-3 at the continued status date. I have spoken to AUSA Brittany Gunter, and she has no objection to continuing the new status date.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                    Respectfully Submitted,

DATED: 7/12/23　　　　　　　　　　　　　　　　　　*/s/ Mai Shawwa*___
　　　　　　　　　　　　　　　　　　　　　　　　MAI SHAWWA
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　VICTOR HERNANDEZ

DATED: 7/12/23　　　　　　　　　　　　　　　　　　*/s/ Brittany Gunter*_____
　　　　　　　　　　　　　　　　　　　　　　　　BRITTANY GUNTER
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

### ORDER

**IT IS SO ORDERED** that the preliminary hearing, currently set for July 13, 2023, be converted to a status hearing, with said hearing set for August 16, 2023, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:　**July 12, 2023**　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE