PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00260-ADA |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: September 18, 2023 |
| VICTOR JAVIER HERNANDEZ, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 18, 2023.

2. By this stipulation, the parties now move to continue sentencing until October 2, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The probation officer for this matter will be unavailable on September 18, 2023, due to a yearly conference for all probation officers.

///

///

///

///

b) The parties do not object to continuing the sentencing hearing so the probation officer can be present.

IT IS SO STIPULATED.

Dated: August 20, 2023 PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: August 20, 2023 /s/ MAI SHAWWA
MAI SHAWWA
Counsel for Defendant
VICTOR JAVIER
HERNANDEZ

IT IS SO ORDERED.

Dated:   August 21, 2023  

UNITED STATES DISTRICT JUDGE