IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR JAVIER HERNANDEZ, <br><br> Defendant. | Case No.: 1:21-CR-00260-ADA <br><br> ORDER OF RELEASE |

The above-named defendant having been sentenced on May 6, 2024, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter only</u>.

The Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: 5/6/24

Honorable Todd Wallace Robinson
District Court Judge